AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:12-cv-14450-DML-RSW
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Joseph Jenkins

Date of Service: Saturday November 10, 2012 at 3:06pm

## Method of Service

**X** Personally served at this address:
31930 Concord Drive
Apt D
Madison Heights, MI 48071

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:** Travel $33.20  Service $21.00  Total $54.20

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Cindy Burke

Signature of Server: Cindy Burke

Date:

Server's Address: 28275 Orchard Lake Rd, Ste 101
Farmington Hills, MI 48334

Melanie D. Bez
MELANIE D BEZ
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
MY COMMISSION EXPIRES DECEMBER 16, 2018

## VERIFIED RETURN OF SERVICE

| State of Michigan | County of Wayne | Court |

Case Number: 12CV14450DMLRSW

Plaintiff:
**AF HOLDINGS LLC**
vs.
Defendant:
**JOSEPH JENKINS**

For:
Jon Tappan
2549 Somerset Blvd
#102
Troy, MI 48084

Received by ALLEN & HOPE PROCESS SERVING to be served on **JOSEPH JENKINS, 31930 CONCORD DRIVE, APT D, MADISON HEIGHTS, MI 48071**.

I, CINDY BURKE, being duly sworn, depose and say that on the **10th day of November, 2012** at **3:06 pm**, I:

**PERSONALLY SERVED** the within named person with a true copy of this **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST, COMPLAINT, EXHIBIT A and EXHIBIT B** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Service Fee Items:**
Mileage Fee   40   @ .83      $33.20
Service Fee                   $21.00
Total                         $54.20

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial court in which the process was served.

State of Michigan
County of
Subscribed and Sworn to before me on the 16th day of November, 2012 by the affiant who is personally known to me.

_Melanie D. Bez_
Notary Public
Acting in         County
My Commissions Expires:

MELANIE D BEZ
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
MY COMMISSION EXPIRES DECEMBER 16, 2018

_Cindy Burke_
**CINDY BURKE**
Process Server

**ALLEN & HOPE PROCESS SERVING**
Management Co., Inc.
4020 Somers Drive
Burton, MI 48529
(810) 239-7788
Our Job Serial Number: FLI-2012039831

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m