UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

AF HOLDINGS LLC,

        Plaintiff,                  Case No.: 2:12-cv-14450
                                                  Hon.: David M. Lawson

       v.

JOSEPH JENKINS,

        Defendant.
_____/
Jonathan W. Tappan (P72195)
Attorney for Plaintiff
2549 Somerset Blvd., #102
Troy, Michigan 48084
(415) 325-5900
Email: blgibbs@wefightpiracy.com
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

        NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety with prejudice.

        In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

                                                          Respectfully submitted,

                                                          AF HOLDINGS LLC

DATED: February 25, 2013

                                                          By:*/s/Jonathan Tappan*
                                                          JONATHAN W. TAPPAN (P72195)
                                                          Jonathan W. Tappan, PLLC
                                                          2549 Somerset Blvd. #102
                                                          Troy, MI 48084
                                                          Phone: (415) 325-5900
                                                          Email: blgibbs@wefightpiracy.com
                                                          Attorney for Plaintiff